# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIMMY LYNN DAVIS                                           PLAINTIFF
ADC #650798

v.                         No. 3:19-cv-147-DPM

JOSH MILLER, Deputy, Craighead
County Sheriff's Office, PHILLIP
WHEATON, Deputy, Craighead
County Sheriff's Office, AUSTIN
MORGAN, K-9 Officer, Jonesboro
Police Department, MARTY
BOYD                                                       DEFENDANTS

## ORDER

Davis's mail is being returned undelivered. № 7. He must update his address with the Clerk by 9 August 2019. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019