IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMMY LYNN DAVIS                                             PLAINTIFF
ADC #650798

v.                          No. 3:19-cv-147-DPM

JOSH MILLER, Deputy, Craighead
County Sheriff's Office; PHILLIP
WHEATON, Deputy, Craighead
County Sheriff's Office; and AUSTIN
MORGAN, K-9 Officer, Jonesboro
Police Department                                           DEFENDANTS

ORDER

A summons for Morgan was returned unexecuted because it was sent to the Craighead County Sheriff's Department instead of the Jonesboro Police Department. № 11 & № 6 at 2. The Court directs the Clerk to issue a corrected summons for Morgan. The United States Marshal shall serve the complaint, summons, this Order, and the 14 June 2019 Order on Morgan without prepayment of fees and costs or security. Morgan should be served through the Jonesboro Police Department, 1001 South Caraway Road, Jonesboro, Arkansas 72401.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019