IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMMY LYNN DAVIS                                                           PLAINTIFF

v.                              No. 3:19-cv-147-DPM

JOSH MILLER, Deputy, Craighead
County Sheriff's Office; PHILLIP
WHEATON, Deputy, Craighead
County Sheriff's Office; and AUSTIN
MORGAN, K-9 Officer, Jonesboro
Police Department                                                          DEFENDANTS

## ORDER

Davis hasn't updated his address; and the time to do so has passed. № 8 & № 20-2. The motion to dismiss, № 20, is therefore granted. Davis's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2019