IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMMY LYNN DAVIS                                                    PLAINTIFF

v.                          No. 3:19-cv-147-DPM

JOSH MILLER, Deputy, Craighead
County Sheriff's Office; PHILLIP
WHEATON, Deputy, Craighead
County Sheriff's Office; and AUSTIN
MORGAN, K-9 Officer, Jonesboro
Police Department                                                  DEFENDANTS

## JUDGMENT

Davis's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019